WILLIAM OTTMANN AND COMPANY (Incorporated) et al., Appellants, *v.* MARVELLE W. COOPER et al., Respondents.

*Ottmann & Co.* v. *Cooper,* 81 Hun, 530, affirmed.
(Argued December 15, 1896; decided January 19, 1897.)

APPEAL from a judgment of the General · Term of the Supreme Court in the first judicial department, entered

November 27, 1894, which affirmed a judgment in favor of defendants entered upon a decision of the court dismissing the complaint on trial at Special Term.

*Joseph Fettretch* for appellants.

*Henry L. Stimson, Elihu Root, Samuel B. Clarke* and *Albert H. Gleason* for respondents.

Judgment affirmed, with costs, on opinion of FOLLETT, J., below.

All concur.